JS-6

Gregg S. Garfinkel, Esq., S.B.N. 156632
ggarfinkel@srclaw.com
Venessa F. Martinez, Esq., S.B.N. 229174
vmartinez@srclaw.com
STONE | ROSENBLATT | CHA
A Professional Law Corporation
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California  91367
Tel:    (818) 999-2232
Fax:   (818) 999-2269

Attorneys for Plaintiff,
PROFESSIONAL PACKERS & FORWARDERS INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROFESSIONAL PACKERS & FORWARDERS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> BUSH & KENNENDY, INC., PETE PARROTT, an Individual, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: CV08-00675 PA (FFMx) <br><br> **JUDGMENT** |

The Court has before it Plaintiff PROFESSIONAL PACKERS & FORWARDERS, INC.'s Application for Default Judgment by Court and the attached supporting Declarations and Exhibits.  Defendants BUSH & KENNEDY, INC. and PETE PARROTT, an individual, have not made appearances in this action despite perfected service of process on each of them.  On April 28, 2008, the Clerk of the Court entered the Default of Pete Parrott.  On April 29, 2008, the Clerk of the Court entered the Default of Bush & Kennedy, Inc.  Plaintiff filed its motion for entry of default judgment on November 11, 2008.

In accordance with this Court's December 15, 2008 Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1

**JUDGMENT**
**ON APPLICATION FOR DEFAULT JUDGMENT BY COURT**

1      (1)    Plaintiff's Application is GRANTED as to liability; AND

2      (2)    Defendants, and each of them, are jointly and severally liable for damages in the amount of $14,298.08 plus postjudgment interest on the amount due at the statutory rate of 0.69% until the amount is paid in full.

DATED:    December 15, 2008

_____

Hon. District Judge Percy Anderson

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

**JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT**